**POOLE & SHAFFERY, LLP**
David S. Poole (CA Bar No. 94690)
Email: dpoole@pooleshaffery.com
Michael Little (CA Bar No. 183084)
Email: mlittle@pooleshaffery.com
25350 Magic Mountain Parkway, 2nd Floor
Santa Clarita, CA 91355
Telephone: (661) 290-2991

Attorneys for Defendants,
ITW FOOD EQUIPMENT GROUP LLC and
HOBART CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEBRA SANCHEZ,<br><br>           Plaintiff,<br><br>vs.<br><br>HOBART CORPORATION, individually and dba HOBART CORPORATION, a Division of ITW FOOD EQUIPMENT GROUP, LLC; ITW FOOD EQUIPMENT GROUP, LLC, and DOES 1 to 50, inclusive,<br><br>           Defendants. | CASE NO.1:12-00781-AWI-SKO<br><br>**ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); AND ORDER**<br><br>Date:       N/A<br>Time:       N/A<br>Courtroom: 7 - Hon. Sheila K. Oberto |

## ORDER

Plaintiff DEBRA SANCHEZ and Defendants ITW FOOD EQUIPMENT GROUP LLC and HOBART CORPORATION, by and through their attorneys of record, having stipulated for dismissal of all claims asserted in this matter with prejudice and without costs, and the Court being fully advised thereof;

///
///
///
///

K:\AWI\To_Be_Signed\12CV781.o. dismissal.wpd
**[PROPOSED ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL                    CASE NO.: 1:12-CV-00781-AWI-SKO**

NOW THEREFORE,

IT IS ORDERED that the above-entitled matter, and all claims asserted therein, are hereby dismissed with prejudice and without costs.

IT IS SO ORDERED.

Dated:   June 13, 2013

_____
SENIOR  DISTRICT  JUDGE

POOLE & SHAFFERY, LLP
25350 MAGIC MOUNTAIN PARKWAY, 2ᴅ FLOOR
VALENCIA, CALIFORNIA 91355
TELEPHONE (661) 290-2991
FACSIMILE (661) 290-3338

K:\AWI\To_Be_Signed\12CV781.o. dismissal.wpd
**[PROPOSED ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL**               CASE NO.: 1:12-CV-00781-AWI-SKO